**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                          CASE NO.: 10-22760-BKC-PGH
                                                             CHAPTER 11
CAMTECH PRECISION MANUFACTURING, INC.

     Debtor.
_____/

## DEBTOR IN POSSESSION'S APPLICATION FOR EMPLOYMENT OF ATTORNEY

     Debtor, CAMTECH PRECISION MANUFACTURING, INC., respectfully requests an order of the court authorizing the employment of CRAIG I. KELLEY, and the law firm of KELLEY & FULTON, P.A. to represent the Debtor in this case and states:

     1.     On May 10, 2010, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

     2.     The Debtor desires to employ CRAIG I. KELLEY and KELLEY & FULTON, P.A. as the attorney in this case.

     3.     The Debtor believes that the attorney is qualified to practice in this court and is qualified to advise the Debtor on the relations with, and responsibilities to, the creditors and other interested parties.

     4.     The professional services the attorney will render are summarized as follows:

          (a)     To give advice to the Debtor with respect to its powers and duties as a Debtor in possession and the continued management of its business operations;

          (b)     To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

LF-15 (rev. 12/01/98)

   (c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

   (d) To protect the interest of the Debtor in all matters pending before the court;

   (e) To represent the Debtor in negotiation with its creditors in the preparation of a plan.

  5. Within one year prior to the Petition Date, Kelley & Fulton, P.A. earned fees and costs in the sum of $17,826.50, all of the foregoing representing pre-petition services rendered, including in connection with the preparation of this Chapter 11 case, and costs associated therewith, including the bankruptcy court filing fee.  Prior to the Petition Date Kelley & Fulton, P.A. was paid the sum of $100,000.00 as a non-refundable retainer by CAMTECH PRECISION MANUFACTURING, INC., on behalf of itself and its parent company of R & J National Enterprises, Inc. and its affiliate Avstar Fuel Systems, Inc., to be applied toward the above-referenced pre-petition services in the sum of $17,826.50, with the balance of $82,173.50 to be used as a retainer in connection with the jointly administered  Chapter 11 filings by the three related entities. The Debtor proposes that balance of the retainer paid to Kelley & Fulton, P.A. in the amount of $82,173.50 not be expended for pre-petition services and expenses, and be treated as a retainer paid in contemplation of post-petition services to be rendered by Kelley & Fulton, P.A., and post-petition disbursements to be incurred as bankruptcy counsel, and that such amounts be applied to services performed in accordance with the Court's order authorizing the employment of Kelley & Fulton, P.A., subject to fee applications filed and approved by the Court.

6. To the best of the Debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys, except as set forth herein and waived by the Debtor and Creditor. Neither said attorney nor said law firm represent any interest adverse to the Debtor. Wells Fargo Bank Equipment Leasing, Inc. is a secured creditor of the Debtor by way of a Lease Equipment Finance Agreement; however, the Debtor intends to retain the equipment. The Debtor and Creditor have waived any apparent or actual conflict of interest, subject to the terms of a conflict waiver letter issued by the Creditor. The Debtor has acknowledged and accepted the terms of the Creditor's conflict waiver letter. The Debtor and the Creditor are not aware of any actual, apparent or potential conflicts of interests, or have waived the same, as a result of Kelley & Fulton, P.A.'s prior and current representation of Wells Fargo Bank, N.A. as successor in interest to Wachovia Bank, N.A., in other unrelated matters.

7. The Debtor is a Corporation which must be represented by counsel under the law, and needs representation or it will suffer immediate and irreparable harm if the Court does not grant this Application to Employ on an expedited basis. This case was required to be filed on an emergency basis due to various pending litigation that was costing the Debtor substantial sums to defend. This case is very complex and requires experience bankruptcy counsel to represent the Debtor.

8. Attached to this motion is the proposed attorney's affidavit demonstrating CRAIG I. KELLEY and KELLEY & FULTON, P.A. are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

LF-15 (rev. 12/01/98)

CAMTECH PRECISION MANUFACTURING, INC.

BY: _____
Ron Weaver, President

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A), and that a true and correct copy of the foregoing has been furnished via U. S. Mail to the U.S. Trustee's office, 51 SW 1st Avenue, Room 1204, Miami, FL 33310, this 11th day of May, 2010.

KELLEY & FULTON, P.A.
Attorneys for the Debtor in Possession
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Phone (561) 684-5524
Facsimile (561) 684-3773

BY:  /s/ Craig I. Kelley
CRAIG I. KELLEY, ESQUIRE
Florida Bar 782203

LF-15 (rev. 12/01/98)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                   CASE NO.:
                                                         CHAPTER 11
CAMTECH PRECISION MANUFACTURING, INC.

    Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION

STATE OF FLORIDA            )
                            ) ss
COUNTY OF PALM BEACH        )

    CRAIG I. KELLEY, being duly sworn, says:

    1.    I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

    2.    I am employed by the law firm of KELLEY & FULTON, P.A. with offices located at 1665 Palm Beach Lakes Boulevard, Suite 1000, West Palm Beach, FL 33401.

    3.    Neither I nor the firm represent any interest adverse to the debtor or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

    4.    Neither I nor the firm have any connection with the creditors or other parties in interest or their respective attorneys, except as set forth herein and waived by the Debtor and Creditor.  Neither I nor said law firm represent any interest adverse to the Debtor. Wells Fargo Bank Equipment Leasing, Inc. is a secured creditor of the Debtor by way of a Lease Equipment Finance Agreement; however, the Debtor intends to retain the equipment.  The Debtor and Creditor have waived any apparent or actual conflict of interest, subject to the terms of a conflict waiver letter issued by the Creditor.  The Debtor

LF-17 (rev. 12/01/98)

has acknowledged and accepted the terms of the Creditor's conflict waiver letter. The Debtor and the Creditor are not aware of any actual, apparent or potential conflicts of interests, or have waived the same, as a result of Kelley & Fulton, P.A.'s prior and current representation of Wells Fargo Bank, N.A. as successor in interest to Wachovia Bank, N.A., in other unrelated matters.

5. Within one year prior to the Petition Date, Kelley & Fulton, P.A. earned fees and costs in the sum of $17,826.50, all of the foregoing representing pre-petition services rendered, including in connection with the preparation of this Chapter 11 case, and costs associated therewith, including the bankruptcy court filing fee. Prior to the Petition Date, Kelley & Fulton, P.A. was paid the sum of $100,000.00 as a non-refundable retainer by CAMTECH PRECISION MANUFACTURING, INC., on behalf of itself and its parent company of R & J National Enterprises, Inc. and its affiliate Avstar Fuel Systems, Inc., to be applied toward the above-referenced pre-petition services in the sum of $17,826.50, with the balance of $82,173.50 to be used as a retainer in connection with the jointly administered Chapter 11 filings by the three related entities. The Debtor proposes that balance of the retainer paid to Kelley & Fulton, P.A. in the amount of $82,173.50 not be expended for pre-petition services and expenses, and be treated as a retainer paid in contemplation of post-petition services to be rendered by Kelley & Fulton, P.A., and post-petition disbursements to be incurred as bankruptcy counsel, and that such amounts be applied to services performed in accordance with the Court's order authorizing the employment of Kelley & Fulton, P.A., subject to fee applications filed and approved by the Court.

6. Except for the continuing representation of the debtor, neither I nor the firm

has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

    FURTHER AFFIANT SAYETH NAUGHT.

_____
CRAIG I. KELLEY, President
Kelley & Fulton, P.A.

Sworn to and subscribed before me this
____ day of May, 2010.

_____
Notary Public, State of Florida
My Commission Expires:
Copies to:
*All parties served with application for employment.*



ANN M. SPRINGHETTI
Notary Public - State of Florida
My Comm. Expires Feb 8, 2013
Commission # DD 854850

LF-17 (rev. 12/01/98)

## Service List - GENERAL

**Office of US Trustee**
51 S.W. First Ave. Room 1204
Miami, Fl. 33130

**Internal Revenue Service**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**Internal Revenue Service**
Special Procedures - Insolvency
P.O. Box 17167 Stop 5760
Attn: Bankruptcy Unit
Ft. Lauderdale, FL 33318

**State of Florida/Dept. of Revenue**
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Camtech Precision Manufacturing, Inc.
1365 Park Lane South
Jupiter, FL 33558

**SERVICE LIST - CAMTECH PRECISION MANUFACTURING, INC.**

4-M PRECISION STAMPING, INC.
4000 TECHNOLOGY PARK BLVD.
AUBURN, NY 13021

A.M. CASTLE & CO.
P.O. BOX 841949
DALLAS, TX 75284-1949

ACME INDUSTRIAL COMPANY
441 MAPLE AVENUE
CARPENTERSVILLE, IL 60110-1990

ALCAN ROLLED PRODUCTS, LLC
22112 NETWORK PLACE
CHICAGO, IL 60673-1221

AMI Metals Inc.
P O Box 952474
St Louis, MO 63195-2474

AUBURN PROPERTY MANAGEMENT
18 GARFIELD STREET
AUBURN, NY 13021

Betsy Price Tax Assessor
PO Box 861018
Fort Worth, TX 76161-0018

CGTech Vericut
9000 Research Drive
Irvine, CA 92618

CMC COMMONWEALTH METALS
2200 FLETCHER AVENUE 7TH FLOOR
FORT LEE, NJ 07024-5016

Charleston Aluminum, LLC
PO Box 890851
Charlotte, NC 28289-0851

Epicor Software Corporation
Dept 1547
Los Angeles, CA 90084-1547

J.T. Ryerson & Son, Inc.
P.O. Box 29953

LF-15 (rev. 12/01/98)

New York, NY 10087-9953

M&H Supply & Equipment
P.O. Box 185202
Fort Worth, TX 76181

MAKINO
PO Box 632622
Cincinnati, OH 45263-2622

PREFERRED INDUSTRIAL PAINTING
3300 ENTERPRISE
ROWLETT, TX 75088

PRINCE MANUFACTURING
PO Box 4691
Troy, MI 48099-4691

Reliant Energy Dept 0954
PO Box 120954
Dallas, TX 75312-0954

TW Metals, Inc.
PO Box 933014
Atlanta, GA 31193-3014

Venture Management Services
2301 W Big Beaver Road
Suite 921
Troy, MI 48084