UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                              CASE NO.: 10-22760-BKC-PGH
                                                    CHAPTER 11
CAMTECH PRECISION MANUFACTURING, INC.,

    Debtor.
_____/

IN RE:                                              CASE NO.: 10-22765-BKC-EPK
                                                    CHAPTER 11
R & J NATIONAL ENTERPRISES, INC.,

    Debtor.
_____/

IN RE:                                              CASE NO.: 10-22762-BKC-PGH
                                                    CHAPTER 11
AVSTAR FUEL SYSTEMS, INC.,

    Debtor.
_____/

**EXPEDITED HEARING REQUESTED PURSUANT TO LOCAL RULE 9013-1(F)**

**DEBTORS IN POSSESSION'S MOTION FOR AUTHORIZATION
TO USE CASH COLLATERAL**

**EXPEDITED RELIEF REQUESTED
REASONS FOR EMERGENCY HEARING REQUESTED**

**IT IS RESPECTFULLY REQUESTED THAT THIS MATTER BE HEARD ON AN EMERGENCY BASIS. THE DEBTORS SEEK GUIDANCE AND AUTHORITY TO USE ITS CASH COLLATERAL TO FUND ITS OPERATIONS ON AN ONGOING BASIS. OBVIOUSLY, THE BUSINESS CANNOT FUNCTION WITHOUT THE ABILITY TO USE ITS FUNDS AS SET FORTH ABOVE AND IN THE ORDINARY COURSE OF BUSINESS. THIS REORGANIZATION PROCEDURE WILL NOT HAVE A CHANCE WITHOUT THE RELIEF REQUESTED. THE DEBTOR HAS A PAYROLL TO FUND ON MAY 13, 2010. THE MOVANT REQUESTS THAT A HEARING BE SCHEDULED FOR NO LATER THAN THURSDAY, MAY 13, 2010, AS SOON AS POSSIBLE, WITH NOTICE FAXED TO THE NECESSARY AND PROPER PARTIES TO ALLOW FOR NOTICE.**

    COME NOW the Debtors, CAMTECH PRECISION MANUFACTURING, INC. (hereinafter referred to as "CAMTECH"), R & J NATIONAL ENTERPRISES, INC. (hereinafter referred to as "R&J"), and AVSTAR FUEL SYSTEMS, INC. (hereinafter

1

referred to as "AVSTAR"), (hereinafter all collectively referred to as the "Debtors") pursuant to 11 U.S.C. Section 363, Bankruptcy Rule 4001 and Local Rules 9013-1(F) and (G) file this Emergency Motion for Determination and/or Authorization to Use Cash Collateral, and states:

1. On May 10, 2010, the Debtor initiated this case by filing voluntary petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in this Court. A Motion for Joint Administration has been filed with the Court.

2. R & J is a corporation organized under the laws of Florida. CAMTECH and AVSTAR are subsidiaries of R & J with R & J being the sole shareholder of each subsidiary.

3. As of the date of the Petition, the Debtors were current with payroll payments through the last payroll date, with accrued pre-petition amounts for the next payroll date. Obviously, the Debtors need to use cash collateral to pay accrued and future payroll and continue operating the Debtors' business. If the Debtors' employees are not paid on the next scheduled payday, then they will not return to work.

4. CAMTECH Texas pays its Employees <u>bi-weekly</u> each month, which totals approximately **$108,000.00** gross bi-weekly. CAMTECH New York pays its Employees <u>weekly</u> each month, which totals approximately **$8,000.00** gross bi-weekly. AVSTAR pays its Employees <u>bi-weekly</u> each month, which totals approximately **$64,000.00** gross bi-weekly. The payroll for CAMTECH Texas and AVSTAR alternate weeks such that there is a payroll each week for one or the other. All payroll disbursements to employees are done through ADP and drawn on the Debtors' Regions Bank operating checking accounts.

5. Obviously, loss of key employees would be detrimental to the Debtors, who

are in the business of making precision parts and assemblies for customers worldwide in the public and private sectors.

6. Regions Bank (hereinafter "REGIONS") is a creditor of R & J by way of a term loan and line of credit. CAMTECH and AVSTAR have guaranteed the debt with REGIONS and entered into a cross-default and cross-collaterization agreement for the loans with REGIONS. The term loan balance is approximately $282,107.00. The line of credit balance is approximately $3,900,000.00. The REGIONS loan is secured by all assets, account receivables and other cash collateral, pursuant to multiple UCC-1 filings in Florida and New York. A copy of REGIONS' UCC-1 filings are attached hereto and made a part hereof as <u>Composite Exhibit "A"</u>. A copy of the Security Agreement, Cross Collateralization Agreement and Continuing Guaranties are attached hereto as <u>Composite Exhibit "B"</u>.

7. The Debtors' monthly projected bankruptcy budgets and a list of the regular payroll broken down by employees and amounts is attached hereto as <u>Composite Exhibit "C"</u>.

8. There may be additional secured creditors which may claim, or have, a security interest in the cash collateral of the Debtors pursuant to various UCC-1's filed in New York, Texas and Florida. However, it appears that these additional secured creditors are only secured to the extent of any proceeds resulting from the collateral securing said loans. A search of the Florida Secured Transaction Registry, New York Department of State and Texas Secretary of State by the Debtors' names reveal that the following creditors that may claim a limited lien on the Debtors' cash collateral:

    A. SG Equipment (New York);

    B. Machinery Finance (New York);

        C.      Siemens (New York);

        D.      TCF (New York);

        E.      Bank of the West (New York);

        F.      Wells Fargo Equipment Finance (New York);

        G.      National City (Texas); and

        H.      Plains Capital Leasing (Florida).

It is impossible to determine or trace the proceeds that may have been produced, if at all, from the equipment securing the above liens since the Debtors operate multiple facilities that manufacture various integrated parts and utilize a variety of raw products. Accordingly, the Debtors do not believe these referenced liens are secured by the Debtors' cash collateral and, if so, then the REGIONS lien leaves no such equity for these questionable liens on cash collateral to make them ineffective and not entitled to maintain liens thereon. The Debtor raises this issue in an abundance of caution.

      9.      At the time of the bankruptcy filing, the Debtor owed REGIONS approximately $4,182,107, in aggregate. The total amount owed to REGIONS appears to be substantially under-secured by the Debtors' account receivables of approximately $1,090,000 and inventory of approximately $2,300,000, as of the filing date. The Debtors project that they will receive approximately $607,232 in accounts receivables per week from 5/11/10 to 5/31/10. Then, from June 1, 2010 and thereafter, the Debtors expect to receive approximately $985,795 per month in accounts receivable.

      10.      The Debtors are willing to validate REGIONS' security interest to the extent of the value of such security in the event a Final Order authorizing cash-collateral is entered.

      11.      It is submitted that the use of the cash collateral is necessary for an effective

reorganization and to avoid harm to the Debtors' Bankruptcy Estate.

12.     As additional adequate protection to REGIONS, the Debtors in Possession have every intention of using a portion of its receivables to make payments to REGIONS in an amount equal to the sums required to maintain the status quo of the REGIONS loan during the pendency of these proceedings.  It is acknowledged that this amount may be less than the interest only accrual under the subject loan in the initial; portion of the case, but this issue will be addressed later in these proceeding through the Plan or otherwise.

13.     Obviously, the Debtor needs to be able to pay its administrative expenses and other ordinary business and operating expenses as they become due.  The Debtor needs to pay its payroll (including employee health insurance), utilities, taxes, vehicle expenses, vendors and suppliers, which are all vital for the continued operation of the Debtors' business.  If the foregoing funds are not paid, the valuable skilled and trained employees will "walk out" on the Debtors and find work elsewhere.  The Debtors need to continue paying its employees, the vendors, the suppliers, and all other service providers in the ordinary course of business.

14.     Furthermore, as an issue to be addressed at the final hearing on this motion, during this proceeding, the Debtors request authorization to use cash collateral derived from any of the three referenced entities in the ordinary course of its business affairs, subject to adequate protection or adequate assurances of equity to the respective lenders of each of the three entities referenced above.

15.     As of the date of this Motion, an unsecured creditor's committee has not been appointed.  Should a Committee be appointed, said committee should be allowed ten (10) days from the date of the entry of an interim Order Authorizing use of the Cash Collateral to

analyze and object to the validity, priority and extent of the secured creditors' lien.

16.     The Debtors seek to use the cash collateral sooner than fifteen (15) days after the service of the Motion in the amount of approximately $630,816, until to the date of the final hearing which shall be set at least with fifteen (15) days notice from the date of this Motion, unless otherwise agreed.  Upon release and authorization of the requested cash collateral, prior to the final hearing, the funds will be used to pay for Debtors' upcoming payroll and ordinary course of business expenses, as it is set forth in the budget attached hereto and made a part hereof.

WHEREFORE, Debtors, CAMTECH PRECISION MANUFACTURING, INC., R & J NATIONAL ENTERPRISES, INC., and AVSTAR FUEL SYSTEMS, INC., respectfully request this Honorable Court enter an Order granting this Motion for Authorization to Use Cash Collateral and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A), and that a true and correct copy of the foregoing has been furnished via U. S. Mail the parties on the attached listing, this 11th day of May, 2010.

    KELLEY & FULTON, P.A.
    Attorneys for the Debtor in Possession
    1665 Palm Beach Lakes Blvd.
    The Forum - Suite 1000
    West Palm Beach, FL 33401
    Phone (561) 684-5524
    Facsimile (561) 684-3773


    BY:   /s/ Craig I. Kelley
         CRAIG I. KELLEY, ESQUIRE
         Florida Bar 782203


## Service List - GENERAL

Office of US Trustee
51 S.W. First Ave. Room 1204
Miami, Fl. 33130

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 17167 Stop 5760
Attn: Bankruptcy Unit
Ft. Lauderdale, FL 33318

State of Florida/Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

R & J National Enterprises, Inc.
Camtech Precision Manufacturing, Inc.
Avstar Fuel Systems, Inc.
1365 Park Lane South
Jupiter, FL 33458

## **R & J NATIONAL ENTERPRISES, INC.**

Enterprise Bank of Florida
11811 U.S. Highway One
North Palm Beach, FL 33408

Industrial Equipment Capital
2884 Peyton Rd
La Verne, CA 91750

People's Capital and Leasing Corp.
255 Bank Street, 4th Floor
Waterbury, CT 06702-2213

Plains Capital Leasing
6221 Riverside Drive, Suite 105
Irving, TX 75039

Regions
6990 SW 8th Street
Ste 200
Miami, FL 33144

UPS Capital Business Credit
280 Trumbull Street
Hartford, CT 06103

UPS Capital Business Credit
P.O. Box 406994
Payment Account
Atlanta, GA 30384

Wells Fargo Equipment Finance, Inc.
One Harbour Place, Suite 175
Portsmouth, NH 03801

**CAMTECH PRECISION MANUFACTURING, INC**.

4-M PRECISION STAMPING, INC.
4000 TECHNOLOGY PARK BLVD.
AUBURN, NY 13021

A.M. CASTLE & CO.
P.O. BOX 841949
DALLAS, TX 75284-1949

ACME INDUSTRIAL COMPANY
441 MAPLE AVENUE
CARPENTERSVILLE, IL 60110-1990

ALCAN ROLLED PRODUCTS, LLC
22112 NETWORK PLACE
CHICAGO, IL 60673-1221

AMI Metals Inc.
P O Box 952474
St Louis, MO 63195-2474

AUBURN PROPERTY MANAGEMENT
18 GARFIELD STREET
AUBURN, NY 13021

Betsy Price Tax Assessor
PO Box 861018
Fort Worth, TX 76161-0018

CGTech Vericut
9000 Research Drive
Irvine, CA 92618

CMC COMMONWEALTH METALS
2200 FLETCHER AVENUE 7TH FLOOR
FORT LEE, NJ 07024-5016

Charleston Aluminum, LLC
PO Box 890851
Charlotte, NC 28289-0851

Epicor Software Corporation
Dept 1547
Los Angeles, CA 90084-1547

J.T. Ryerson & Son, Inc.
P.O. Box 29953
New York, NY 10087-9953

M&H Supply & Equipment
P.O. Box 185202
Fort Worth, TX 76181

MAKINO
PO Box 632622
Cincinnati, OH 45263-2622

PREFERRED INDUSTRIAL PAINTING
3300 ENTERPRISE
ROWLETT, TX 75088

PRINCE MANUFACTURING
PO Box 4691
Troy, MI 48099-4691

Reliant Energy Dept 0954
PO Box 120954
Dallas, TX 75312-0954

TW Metals, Inc.
PO Box 933014
Atlanta, GA 31193-3014

Venture Management Services
2301 W Big Beaver Road
Suite 921
Troy, MI 48084

## **AVSTAR FUEL SYSTEMS, INC**.

4-M Precision Stamping, Inc.
4000 Technology Park Blvd
Auburn, NY 13021

API
P.O. Box 1000, Dept. #026
Memphis, TN 38148-0026

AvPower LLC
209 River Laurel Way
Woodstock, GA 30188

Hammer Manufacturing Co./WGJF Mfg. Corp.
417 Commerce Road
P.O. Box 1340
Linden, NJ 07036

KN Machine & Tool, Inc.
3125 Jupiter Park Circle #4
Jupiter, FL 33458

MZ Machine
3046 Jupiter Park Circle
Jupiter, FL 33458

Meier Screw Products & Mfg. Co.
670 East Troy Avenue
Ferndale, MI 48220-2853

New Tech Inc.
15915 Assembly Loop
Palm Beach Park of Commerce
Jupiter, FL 33478

Pre-Tech Inc.
3052 Highway 17-92 North
Haines City, FL 33844

Precision Turning Corp
715 Gold Krist Blvd. S.W.
Live Oak, FL 32064

Saint-Gobain PPL Corp.
PO Box 642625

Pittsburgh, PA 15264-2625

Santa Fe Rubber
12306 E Washington Blvd
Whittier, CA 90606

Schafer Precision Machining
Division of Schafer Gear Works, Inc.
7603 Honeywell Drive
Fort Wayne, IN 46825

The Ayling & Reichert Company
411 South Railroad St.
Oak Harbor, OH 43449

Thermal Braze Inc.
231 Venus St
Jupiter, FL 33458

Trade-A-Plane
P.O. Box 509
Crossville, TN 38557

Trelleborg Sealing Solutions
Dept. CH10999
Palatine, IL 60055-0999

Vernay Laboratories, Inc.
120 E. South College Street
Yellow Springs, OH 45387-1623

Vulcan Machine, Inc
1217 Tech Blvd.
Tampa, FL 33619