

**ORDERED in the Southern District of Florida on December 13, 2010.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CAMTECH PRECISION MANUFACTURING, INC.,        Chapter 11
R & J NATIONAL ENTERPRISES, INC., and
AVSTAR FUEL SYSTEMS, INC.,

                                              Case No.:  10-22760-PGH
        Debtors.                              (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS' THIRD MOTION TO EXTEND
EXCLUSIVITY PERIODS**

**THIS MATTER** came before the Court for hearing on December 9, 2010, upon Debtors-

in-Possession, Camtech Precision Manufacturing, Inc., R & J National Enterprises, Inc. and

Avstar Fuel Systems, Inc.'s (collectively, the "Debtors"), *Third Motion to Extend Exclusivity*

*Periods* (the "Motion") [D.E. 209].  The Court has reviewed the Motion, heard the arguments of

counsel, and is otherwise fully advised in the premises.  It is hereby

**ORDERED AND ADJUDGED** that:

1.        The Motion is **GRANTED** as follows:

a.  The Debtors' exclusive right to file a plan of reorganization is extended sixty (60) days, through and including February 4, 2011.

b.  The Debtors' exclusive right to solicit acceptances to a filed plan of reorganization is extended one hundred and twenty (120) days, through and including April 5, 2011.

# # #

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorney for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

Copies to:
Bradley S. Shraiberg, Esq.
[Attorney Bradley S. Shraiberg is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and shall file a certificate of service with the Clerk].