**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORID**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 10-22760-PGH |
| | (Jointly Administered) |
| CAMTECH PRECISION MANUFACTURING, | |
| INC., R&J NATIONAL ENTERPRISES, INC., | CHAPTER 11 |
| and AVSTAR FUEL SYSTEMS, INC., | |
| Debtors. | |
| _____/ | |

MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN EXPEDITED ORDER (A) AUTHORIZING AND SCHEDULING THE SALE OF THE DEBTOR, CAMTECH PRECISION MANUFACTURING, INC'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES; (B) APPROVING ASSET PURCHASE AGREEMENT WITH CAMTECH ACQUISITION, LLC; (C) AUTHORIZING DEBTOR TO ENTER INTO ASSET PURCHASE AGREEMENT WITH CAMTECH ACQUISITION, LLC; (D) APPROVING BREAK UP FEE TO CAMTECH ACQUISITION, LLC AS STALKING HORSE BIDDER; (E) APPROVING BIDDING PROCEDURES; (F) APPROVING THE FORM OF NOTICE OF SALE; (G) SCHEDULING AN AUCTION TO ACCEPT HIGHER AND BETTER BIDS; AND (H) SCHEDULING HEARING TO APPROVE SALE ARISING OUT OF AUCTION PURSUANT TO 11 USC. § 363

COMES NOW, UPS Capital Business Credit, ("Secured Creditor"), by and through its undersigned counsel, and files its Motion to Continue Hearing on Debtor's Motion for Entry of an Expedited Order (A) Authorizing and Scheduling the Sale of the Debtor, Camtech Precision Manufacturing, Inc.'s Assets Free and Clear of All Liens, Claims, and Encumbrances; (B) Approving Asset Purhcase Agreement with Camtech Acquisition, LLC; (C) Authorizing Debtor to Enter into Asset Purchase Agreement with Camtech Acquisition, LLC; (D) Approving Break up Fee to Camtech Acquisition, LLC as Stalking Horse Bidder; (E) Approving Bidding Procedures; (F) Approving the Form of Notice of Sale; (G) Scheduling an Auction to Accept Higher and Better Bids; and (H) Scheduling Hearing to Approve Sale Arising out of Auction Pursuant to 11 USC. § 363, and states as follows:

1. The Debtor listed above (the "Debtor") filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on May 10, 2010.

2. On December 10, 2010, Debtor's filed a Motion for Entry of an Expedited Order (A) Authorizing and Scheduling the Sale of the Debtor, Camtech Precision Manufacturing, Inc.'s Assets Free and Clear of All Liens, Claims, and Encumbrances; (B) Approving Asset Purhcase Agreement with Camtech Acquisition, LLC; (C) Authorizing Debtor to Enter into Asset Purchase Agreement with Camtech Acquisition, LLC; (D) Approving Break up Fee to Camtech Acquisition, LLC as Stalking Horse Bidder; (E) Approving Bidding Procedures; (F) Approving the Form of Notice of Sale; (G) Scheduling an Auction to Accept Higher and Better Bids; and (H) Scheduling Hearing to Approve Sale Arising out of Auction Pursuant to 11 USC. § 363 ("Motion") (Docket No. 218).

4. On December 16, 2010, the undersigned counsel was retained by Secured Creditor to represent its interest in this case.

5. Since the Secured Creditor's properties are the subject of the Motion, the undersigned counsel is in need of time within which to discuss this matter with opposing counsel especially since Secured Creditor was under the impression that the loans would be satisfied in full at the sale and is still unclear as to how the Debtor will resolve the issue of existing Guarantees on the subject loans to the requirements of their respective lenders.

WHEREFORE, Secured Creditor respectfully requests that this Court continued the hearing on the Debtor's Motion for Entry of an Expedited Order (A) Authorizing and Scheduling the Sale of the Debtor, Camtech Precision Manufacturing, Inc.'s Assets Free and Clear of All Liens, Claims, and Encumbrances; (B) Approving Asset Purhcase Agreement with Camtech Acquisition, LLC; (C) Authorizing Debtor to Enter into Asset Purchase Agreement with Camtech Acquisition, LLC; (D) Approving Break up Fee to Camtech Acquisition, LLC as Stalking Horse Bidder; (E) Approving

Bidding Procedures; (F) Approving the Form of Notice of Sale; (G) Scheduling an Auction to Accept Higher and Better Bids; and (H) Scheduling Hearing to Approve Sale Arising out of Auction Pursuant to 11 USC. § 363 (Docket No. 218) or for such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true copy of the foregoing was furnished via 1st Class U.S. Mail to the below parties and/or via electronic filing this 17th day of December, 2010.

**Camtech Precision Manufacturing, Inc.**
1365 Park Lane South
Jupiter, FL 33458

**Bradley S Shraiberg, Esq.**
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

**Craig I. Kelley, Esq.**
1665 Palm Beach Lakes Blvd., #1000
West Palm Beach, FL 33401

**Office of the US Trustee**
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

**Glenn D Moses, Esq.**
100 SE 2 St #4400
Miami, FL 33131

                        KUBICKI DRAPER
                        Attorneys for UPS Capital Business Credit
                        1645 Palm Beach Lakes Blvd., Suite 1100
                        West Palm Beach, FL 33401
                        Tel. (561) 616-4343
                        Fax (561) 640-0524

            BY:     __/s/Frank P. Delia_____
                        **Frank P. Delia**
                        FBN 0025877
                        Email: fpd@kubickidraper.com